415 A.2d 697

**In re ESTATE of Robert L. LOWRY, Deceased.**

**Appeal of John R. LOWRY et al.**

Supreme Court of Pennsylvania.

Argued May 23, 1980.

Decided June 18, 1980.

John D. Rively, Harrisburg, for appellants.

Francis J. O'Gorman, Jr., Heath L. Allen, Harrisburg, for appellee Robert Griffin.

Gerald T. Sajer, New Cumberland, for appellee CCNB Bank, N. A.

Samuel L. Andes, Lemoyne, for appellee Jacqueline Sener.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.